UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :   INDICTMENT

   -v.-                          :

NERIS FELIZ-FELIZ,               :
   a/k/a "Rafael Ramerez,"
   a/k/a "Nery Feliz-Feliz,"     :

                 Defendant.          08 CRIM 152
- - - - - - - - - - - - - - - - - - x



COUNT ONE

The Grand Jury charges:

On or about March 26, 2007, in the Southern District of New York, NERIS FELIZ-FELIZ, a/k/a "Rafael Ramerez," a/k/a "Nery Feliz-Feliz," the defendant, being an alien, unlawfully, willfully, and knowingly, was found in the United States, after having been removed from the United States, subsequent to a conviction for commission of an aggravated felony, to wit, a conviction, on or about June 19, 1995, for Attempted Criminal Possession of a Controlled Substance in the Third Degree, in violation of New York Penal Law 110 and 220.39, in New York Supreme Court, New York County, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

NERIS FELIZ-FELIZ,
  a/k/a "Rafael Ramerez,"
  a/k/a "Nery Feliz-Feliz,"

Defendant.

INDICTMENT

08 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

*2/25/08 Filed Indictment. Case assigned to Judge Daniels.*
*s/ Mag. Judge Katz*