ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :        AFFIRMATION

        -v.-                        :

NERIS FELIZ-FELIZ,                  :
  a/k/a "Rafael Ramerez,"
  a/k/a "Nery Feliz-Feliz,"         :

              Defendant.            :

- - - - - - - - - - - - - - - - - -x

SOUTHERN DISTRICT OF NEW YORK, ss:

      GLEN KOPP, pursuant to Title 28, United States Code, Section 1746, hereby affirms under penalty of perjury that: I am an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York; I am in charge of the above-entitled matter; and one NERIS FELIZ-FELIZ, a/k/a "Rafael Ramerez," a/k/a "Nery Feliz-Feliz," (NYSID # 6737773L, Alien # A90 275 593), now incarcerated at Rikers Island, Anna M. Kross Center, 18-18 Hazen Street, East Elmhurst, New York 11370, has been charged in Indictment 08 Cr. 152 (GBD) with violating Title 8, United States Code, Sections 1326(a) and (b)(2).

      By this application, the Government seeks a writ of habeas corpus ad prosequendum, so that NERIS FELIZ-FELIZ, a/k/a "Rafael Ramerez," a/k/a "Nery Feliz-Feliz," the defendant, can be brought before this Court to be available for prosecution in the Indictment captioned United States v. Neris Feliz-Feliz, 08 Cr. 152 (GBD). No previous application for similar relief has been made.

WHEREFORE, your deponent respectfully requests that a writ of <u>habeas corpus ad prosequendum</u> issue, directing the Warden of Rikers Island (Anna M. Kross Center), the United States Marshal for the Southern District of New York, or any other authorized law enforcement officer, to produce the above-named defendant, as soon as the defendant is available, to the custody of the Warden of the Metropolitan Correctional Center or the person in charge there, to be available for prosecution, and to appear as necessary thereafter in that case until NERIS FELIZ-FELIZ, a/k/a "Rafael Ramerez," a/k/a "Nery Feliz-Feliz," shall have been discharged or convicted and sentenced.

											_____
											GLEN KOPP
											Assistant United States Attorney
											(212) 637-2210

Dated:    February 26, 2008
         New York, New York

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

NERIS FELIZ-FELIZ,
a/k/a "Rafael Ramerez,"
a/k/a "Nery Feliz-Feliz,"

Defendant.

## AFFIRMATION

08 Cr. 152 (GBD)

(Title 8, United States Code,
Sections 1326 (a) and (b)(2))

Michael J. Garcia
United States Attorney.