UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :   SUPERSEDING
                                     INFORMATION
         -v.-                    :
                                     S1 08 CR. 152 (GJD)
NERIS FELIZ-FELIZ,               :
   a/k/a "Rafael Ramerez,"
   a/k/a "Nery Feliz-Feliz,"     :

                Defendant.       :

- - - - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney Charges:

On or about March 26, 2007, in the Southern District of New York, NERIS FELIZ-FELIZ, a/k/a "Rafael Ramerez," a/k/a "Nery Feliz-Feliz," the defendant, being an alien, unlawfully, willfully, and knowingly, was found in the United States, after having been removed from the United States, subsequent to a conviction for commission of an aggravated felony, to wit, a conviction, on or about June 19, 1995, for Attempted Criminal Sale of a Controlled Substance in the Third Degree, in violation of New York Penal Law 110 and 220.39, in New York Supreme Court, New York County, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 24 2008