UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA            :      ORDER

         -v-                        :      S1 08 CR. 152 (GBD)

NERIS FELIZ-FELIZ,                  :
  a/k/a "Rafael Ramerez,"
  a/k/a "Nery Feliz-Feliz,"         :
                Defendant.
                                    :
- - - - - - - - - - - - - - - - - -X

It is hereby ORDERED that the pretrial conference in this case is continued from April 17, 2008 to May 13, 2008.

The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the defendant and his counsel to review the discovery material and determine whether the defendant wishes to make motions. Accordingly, it is further ORDERED that the time between April 17, 2008 and May 13, 2008 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated:  New York, New York
        April 7, 2008

        APR 1 8 2008

                              _____
                              GEORGE B. DANIELS
                              UNITED STATES DISTRICT JUDGE

                         **HON. GEORGE B. DANIELS**